Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

Civil Division



US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAY 29 2020
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

Glicenia C. Logan

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

The Bank Of New York Mellon Corp, Mellon Financial, Industry Financial, BNY Mellon Wealth Management, BNY Mellon, Bank, Mutual Funds, Dreyfus Mutual Funds, Institutional Stakeholders Digging, Davis

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 2:20-CV-2088
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

Individual and business are accountable for the claim involve

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Glicenia C. Logan |
| Address | P.O. BOX 319 |
| City | Lavaca |
| State | AR |
| Zip Code | 72941 |
| County | Sebastian |
| Telephone Number | (479) 883-2916 |
| E-Mail Address | gliclogan19@cox.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Gerald L. Hassell / The Bank Of New York Mellon |
| Job or Title (if known) | Owner, President, Chairman and Chief Executive Officer of BNY M |
| Address | 240 Greenwich Street |
| City | New York |
| State | NY |
| Zip Code | 10286 |
| County | |
| Telephone Number | 1(212) 495-1784 |
| E-Mail Address (if known) | |

[✔] Individual capacity  [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Wesley W. Von Schack / The Bank Of New York Mellon |
| Job or Title (if known) | Lead Director and Chairman of the Executive Commitee BNY Mellc |
| Address | 1049 Camino Dos Rios |
| City | Thousand Oak |
| State | CA |
| Zip Code | 91360 |
| County | |
| Telephone Number | 1(805)373-4545 |
| E-Mail Address (if known) | |

[✔] Individual capacity  [ ] Official capacity

**Defendant No. 3**

| | |
|---|---|
| Name | Thomas P. Gibbons/The Bank Of New York Mellon |
| Job or Title *(if known)* | Chief Executive Officer ,BNY Mellon / CEO |
| Address | 240 Greenwich Street |
| City | New York |
| State | Ny |
| Zip Code | 10286 |
| County | |
| Telephone Number | 1(212)495-1784 |
| E-Mail Address *(if known)* | |

[✔] Individual capacity   [ ] Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | J. P. Sellers |
| Job or Title *(if known)* | Senior Attorney for Mackie Wolf Zientz & Mann, P.C. |
| Address | 14160 North Parkway PKWY, Suite 900 |
| City | Dallas |
| State | TX |
| Zip Code | |
| County | |
| Telephone Number | 1(214) 635-2650 |
| E-Mail Address *(if known)* | |

[✔] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[✔] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S. Code Title 42 The Public Heath and Welfare1983, US CODE 2010 Title 42 U.S.C. 1983 Civil Action for deprivation of Rights,42 U.S. Code 12188 Enforcement US Law and other code that I fall Under. Ethnicity, Nationality, Origin, Color, Gender, Race, Disability along with other factors.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

fundamental rights to maintain free of debt, freedom to speak & address any problem that relate to my family, free from mail and other harassment, freedom from retaliation, violation of my constitutional rights to build, depriving me of equal treatment, violating my individual, color discrimination, depriving me of economic wealth, illegally placing your corporation name on my property, differential treatment of my culture, gender embarrassment, work deviation. etc.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The event to place in Sebastian County Arkansas according to the AR County Data when they place their name on my deed on March 18, 2020 as a grantee to my home and property. When The Bank Of New York Mellon did not respond to my Assist and Demand Letter that I wrote to the company about a month ago asking, requesting and demanding them to move their name off my property deed. I have never have any dealing with this company I gave them a two week grace period for them to take action

B. What date and approximate time did the events giving rise to your claim(s) occur?

The event started when they place their name on my deed on March 18, 2020 as a grantee to my home and property. When The Bank Of New York Mellon did not respond to my Assist and Demand Letter that I wrote to the company about a month ago asking, requesting and demanding them to move their name off my property deed. I have never have any dealing with this company I gave them a two week grace period for them to take action in removing their name off my deed as of this day I have not gotten

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I always owned my home and farm from the time but myself and my spouse brought if from an individual back in 2003, I do not owe anyone at all know my spouse pass away I been Harass, retaliate, abuse, discriminate, your company have place your name on my deed illegally. There is a case right know in the Eight Circuit of Saint Louis Missouri dealing with some of your investor or affiliates maybe your associate Case No. 201114. I have been denied loan every time I asked for loan so how did your company was able to put your name on my property that I own since 2003 it was pay off around 2004 or 2005 without any loan from you any of your investor, affiliates and associate. This was the reason I wrote to your company before I took legal action, I gave your company and other individual that place your name on document submit in placing your name on my property which is illegal cause I did not sold my home or farm to no one. I Mention in my assist and demand letter that I was given your company two week to remove your name off my deed today is May 26, 2020 no answer to my demand I wanted to give your corporation, Directors, Family members etc an opportunity to deal with this situation but nothing was done.

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I am still not able to grief the death of my spouse or be allowed family members even full work on my property or receive any help. The cost of the injuries will depends on The Bank Of New York Mellon Corporation and others who are cost my health to go down hill when they deal with the remover of name from my deed and stop any harassment ,threat etc then I can place a cost to my injuries.

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I would like the Attorney General to take criminal action against anyone who violate my Civil Rights, Human Rights, my Constitutional Rights and my legal right to be free from retaliation or harass and discrimination base on where I live, look, color, gender etc. There was a violation of the law done to me by placing anyone name on my deed without my consent or agreement to sale my property or action it off, and sending document to threating to put me out of my home with threats, documents retaliation, harassing me at both of my home, sending legal documents to put fair in me, illegal signature etc do to color of my kin, race, gender, disability etc.

At this time I am just asking for at lease 15,000,000 but it depends on how far and how must pain and money I have to spends also if the other case that are related with them along with the issues that I have endure in the last six month at the least the situation will tell how long The Bank Of New York Mellon new about the situation and what was happening so it will definitely move the amount, roughly around fifty to one hundred million.

I would love for the system and business to attend a who week class where I could educate and help them from any more lawsuit if there are willing for me to show and help them. The money is really not the factor of me bringing this complaint and lawsuit.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/29/2020

Signature of Plaintiff

Printed Name of Plaintiff    Glicenia C. Logan

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                               City                State          Zip Code

Telephone Number
E-mail Address

## ATTACHMENT 1

1) Robert E. Kelly
2) Martin G. McGuinn
3) Frank Cahouet
4) J. David Barnes
5) James H. Higgins
6) John A. Mayer
7) Franck R. Denton

1) Berkshire Hathaway, Inc, (Investment …
2) The Vanguard Group, Inc
3) Dodge & Cox
4) SSgA Funds Management, Inc
5) BlackRock Fund Advisors
6) Longview Partners LLP
7) First Eagle Investment Management
8) Macquarie Investment Management B
9) Capital Research & Management Co
10) Massachusetts Financial Services

1) Dodge & Cox Funds-Stock Fund
2) Vanguard Total Stock Market Index
3) Vanguard 500 Index Fund
4) First Eagle Global Fund
5) Delaware Value Fund
6) SPDR S &P 500 ETF
7) American Mutual Fund
8) Government Pension Fund-Global
9) Vanguard Institutional Index Fund
10) Fidelity 500 Index Fund

1) Global Wealth management
2) Financial Services
3) Corporate banking
4) Investment banking
5) Financial analysis
6) Mellon Bank Corp's
7) Trust Company
8) Private equity

Page 1

## ATTACHMENT 2

1) George P. DiNardo Executive Vice President for information Management and Research
2) Andrew W. Mellon Secretary of the treasury
4) Michael P. Santomassimo (CFO
5) Robert P Kelly Farmer CEO
6) Santomassimo Family
7) Alexander Hamilton
1) Hamilton Family
2) Mellon Family
10) Kelly Family
11) Aaron Burr
12) Burr Family
13) Dreyfus family

Successor The Bank of New York Mellon
Operations Center
BNY Mellon Wealth Management
Garden City
Predecessor (Mellon Financial)
Long Island Queens
Dreyfus family Mutual Funds
Wealth Management Office
Andrew W. Mellon, Thomas Mellon
1001 Franklin Avenue
Garden City, NY 11530
1(516) 302-4259

Headquarters BNY Mellon Wealth Management
Pittsburgh, Pennsylvania

Headquarters
One Wall street
New York, NY 10286
1(212) 495-1784

The Bank of New York Mellon
BNY Mellon Asset Servicing

**ATTACHMENT 3**

Corporate Headquarters
200 Park Avenue, 54th Floor
One Mellon Center in Pittsburgh
New York, NY 10166
1(646) 791-3414

240 Greenwich Street
Manhattan, New York
New York, NY 10286
(202) 1(212)495-1784

Trust Company, N.A
1735 Market Street
Philadelphia, PA 19103

The Financial Center
2nd Floor, AIM 193-0261
1734 Market Street
Philadelphia, PA 19103

BNY Mellon Wealth Management
Center City Wealth Management Office
1735 Market Street Center City
Philadelphia, PA 19103-7589
1(888) 553-6726

The Bank of New York Mellon
Trust Company, N.A.
1735 Market Street Center City
Philadelphia, PA 19103

BNY Mellon Asset Servicing
Silicon Valley

BNY Mellon Center
3000 Sand Hill Road, #3-290
Menlo Park, CA 04025
1(650)233-1200

## ATTACHMENT 4

BNY Mellon Wealth Management
500 Grant Street, AIM 151-1550
Pittsburgh, PA 15258

The Bank of New York Mellon
50 Fremont Street Suite 3900
San Francisco, CA 94105

Mellon Capital Management
Trust Company, N.A. Suite 3100
San Francisco, CA 94111

BNY Mellon Cash Investment Strategies
BNY Mellon Investment
Pittsburgh, PA 15258
BNY Mellon Center
NBY Mellon Center Management
500 Grand Street Suite 5400
Pittsburgh, PA 15258

BNY Mellon Wealth Management
Global Risk Solutions
BNY Mellon Center
Private Banking Office
500 Grant Street
Pittsburgh, PA 15258

BNY Mellon Center
500 Grant Street
Pittsburgh, PA 15258-0001

Mellon Capital Management
BNY Mellon Center
500 Grant Street
Pittsburgh, PA 15258
1(412) 234-7500

## ATTACHMENT 5

The Bank of New York Mellon
Trust Company, N.A.
525 william Penn Place, 7th Floor
Pittsburgh, PA 15259-0001

Mellon Bank CEOs

1) Robert E. Kelly
2) Martin G. McGuinn
3) Frank Cahouet
4) J. David Barnes
5) James H. Higgins
6) John A. Mayer
7) Franck R. Denton

Stockholder

1) Berkshire Hathaway, Inc, (Investment …
2) The Vanguard Group, Inc
3) Dodge & Cox
4) SSgA Funds Management, Inc
5) BlackRock Fund Advisors
6) Longview Partners LLP
7) First Eagle Investment Management
8) Macquarie Investment Management B
9) Capital Research & Management Co
10) Massachusetts Financial Services

Mutual Fund

1) Dodge & Cox Funds-Stock Fund
2) Vanguard Total Stock Market Index
3) Vanguard 500 Index Fund
4) First Eagle Global Fund
5) Delaware Value Fund
6) SPDR S &P 500 ETF
7) American Mutual Fund
8) Government Pension Fund-Global
9) Vanguard Institutional Index Fund
10) Fidelity 500 Index Fund

Products

1) Global Wealth management
2) Financial Services
3) Mellon Bank Corp's
4) Corporate banking
5) nvestment banking
6) Financial analysis
7) Trust Company
8) Private equity

Key People

1) George P. DiNardo Executive Vice President for information Management and Research
2) Andrew W. Mellon Secretary of the treasury
4) Michael P. Santomassimo (CFO
5) Robert P Kelly Farmer CEO
6) Santomassimo Family
7) Alexander Hamilton
9) Hamilton Family
10)     Mellon Family
10) Kelly Family
11) Aaron Burr
12) Burr Family
13) Dreyfus family

Successor The Bank of New York Mellon
Operations Center
BNY Mellon Wealth Management
Garden City
Predecessor (Mellon Financial)
Long Island Queens
Dreyfus family Mutual Funds
Wealth Management Office
Andrew W. Mellon, Thomas Mellon
1001 Franklin Avenue
Garden City, NY 11530
1(516) 302-4259

Products
1) Financial Services
2) Corporate banking
3) Investment banking
4) Global Wealth management
5) Financial analysis
6) Trust Company
7) Private equity

Headquarters
One Wall street
New York, NY 10286
1(212) 495-1784

Corporate Headquarters
200 Park Avenue, 54th Floor
One Mellon Center in Pittsburgh
New York, NY 10166
1(646) 791-3414

240 Greenwich Street
Manhattan, New York
New York, NY 10286
(202) 1(212)495-1784

The Bank of New York Mellon
BNY Mellon Asset Servicing

Trust Company, N.A
1735 Market Street
Philadelphia, PA 19103

The Financial Center
2nd Floor, AIM 193-0261
1734 Market Street
Philadelphia, PA 19103

BNY Mellon Wealth Management
Center City Wealth Management Office
1735 Market Street Center City
Philadelphia, PA 19103-7589
1(888) 553-6726

The Bank of New York Mellon
Trust Company, N.A.
1735 Market Street Center City
Philadelphia, PA 19103

BNY Mellon Asset Servicing
Silicon Valley

BNY Mellon Center
3000 Sand Hill Road, #3-290
Menlo Park, CA 04025
1(650)233-1200

BNY Mellon Wealth Management
500 Grant Street, AIM 151-1550
Pittsburgh, PA 15258

The Bank of New York Mellon
50 Fremont Street Suite 3900
San Francisco, CA 94105

Mellon Capital Management
Trust Company, N.A. Suite 3100
San Francisco, CA 94111

BNY Mellon Cash Investment Strategies
BNY Mellon Investment
Pittsburgh, PA 15258

BNY Mellon Center
NBY Mellon Center Management
500 Grand Street Suite 5400
Pittsburgh, PA 15258

BNY Mellon Wealth Management
Global Risk Solutions
BNY Mellon Center
Private Banking Office
500 Grant Street
Pittsburgh, PA 15258

BNY Mellon Center
500 Grant Street
Pittsburgh, PA 15258-0001

Mellon Capital Management
BNY Mellon Center
500 Grant Street
Pittsburgh, PA 15258
1(412) 234-7500

The Bank of New York Mellon
Trust Company, N.A.
525 william Penn Place, 7th Floor
Pittsburgh, PA 15259-0001