UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GLICENIA C. LOGAN                                                                                          PLAINTIFF

v.                                         No. 2:20-CV-02088

THE BANK OF NEW YORK MELLON
CORP, et al.                                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS ORDERED AND ADJUDGED that Glicenia Logan's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 31st day of August, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE